## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIE ROSPENDOWSKI, | : | Civil No. 4:16-CV-00526 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COLUMBIA COUNTY SHERIFF and | : | |
| TIMOTHY CHAMBERLAIN, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 18th day of September, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that Defendants' partial motion for summary judgment on the hostile work environment issue (Doc. 150) is **GRANTED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania