IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIE ROSPENDOWSKI, | : | Civil No. 4:16-CV-00526 |
| Plaintiff, | : | |
| v. | : | |
| COLUMBIA COUNTY SHERIFF and TIMOTHY CHAMBERLAIN, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 11th day of December, 2020, as discussed during the status conference on December 1, 2020 and confirmed through subsequent communication with counsel, **IT IS ORDERED AS FOLLOWS**:

1. Jury selection and trial in this matter are continued to **August 2, 2021 at 9:30 a.m.**  This is a date certain.

2. As previously ordered, all expert discovery shall be concluded no later than **January 15, 2021**.

3. Any motions in limine arising from the late disclosure of Plaintiff's expert Andrew C. Verzilli and any supporting briefs shall be filed on or before **June 18, 2021**.  Any opposition and reply briefs shall be filed in accordance with the local rules of this district.

4. Jury selection will commence at 9:30 a.m. on August 2, 2021, in Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut

Streets, Harrisburg, Pennsylvania.  Counsel are attached for trial, and the court has reserved five days for the trial.  Trial will commence immediately following the completion of jury selection.

5. All trial exhibits shall be submitted to the court on or before **July 23, 2021**.

6. Counsel shall attend an in-person conference with the court on **July 26, 2021 at 1:00 p.m.** to discuss trial logistics.  The conference shall occur in Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                   s/Jennifer P. Wilson
                                                   JENNIFER P. WILSON
                                                   United States District Court Judge
                                                   Middle District of Pennsylvania