# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIE ROSPENDOWSKI, | : | Civil No. 4:16-CV-00526 |
| Plaintiff, | : | |
| v. | : | |
| COLUMBIA COUNTY SHERIFF and TIMOTHY CHAMBERLAIN, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 27th day of May, 2021, **IT IS ORDERED** that a status conference is scheduled for **June 30, 2021 at 1:30 p.m.** The conference will be by telephone. Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania