# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kristie Rospendowski, | Civil Action Law |
| Plaintiff | |
| *versus* | Case No: 4:16-CV-00526-JPW |
| | (Judge Wilson) |
| Columbia County Sherriff's Office and Sheriff Timothy Chamberlain, | Jury Trial Demanded |
| Defendants | |

# ORDER

AND NOW, this 20th day of August, 2021, upon consideration of the motion for extension of time to reset closure deadline (Doc 179), it is hereby ORDERED that said motion is GRANTED. The deadline in the Court's Case Closure Order (Doc 178) is extended by 30 days to September 15, 2021.

/S/ JENNIFER P. WILSON
Jennifer P. Wilson, Judge
United States District Court
Middle District of Pennsylvania